# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JACQUES ROY DIVIDO,

    Plaintiff,

-vs-                                                Case No.  6:10-cv-1204-Orl-35DAB

CYRIL EISEN, II, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

On November 16, 2010, the Court ordered Plaintiff to file, within twenty-one days from the date of the Order, a computer printout containing all the transactions in his prisoner account for the six months preceding the filing of his complaint (Doc. No. 20). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 15th day of December, 2010.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 12/15
Jacques Roy Divido